**Opinion issued September 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00225-CR
## NO. 01-22-00226-CR

———————————

**LANCE NERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case Nos. 2286260 and 2323605**

---

## MEMORANDUM OPINION

Appellant, Lance Nero, appealed from the judgments revoking community supervision imposed on March 21, 2022 in the underlying cases. The notices of appeal were filed by appellant's court appointed trial counsel. Appellant's

court-appointed trial counsel also moved to withdraw as appellant's counsel in each of the underlying cases. The trial court allowed counsel to withdraw, found that appellant was indigent for the purpose of employing counsel and paying for the clerk's and reporter's records, and granted appellant's motions to appoint appellate counsel. However, the trial court did not appoint counsel to represent appellant on appeal at that time.

Accordingly, on June 29, 2023, the Court abated each of these appeals and directed the trial court to appoint counsel to represent appellant in his appeals. On August 9, 2023, a supplemental clerk's record was filed with the Court which included a July 6, 2023 order appointing Taylor Allison Landis Mathis as counsel for appellant in his appeals.

On August 31, 2023, appellant filed a motion to dismiss his appeals, stating that he "no longer wishe[d] to prosecute his appeal[s]" and requesting that "this Court grant [his] motion and dismiss th[ese] appeals."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we reinstate the cases on the Court's active docket, grant appellant's motion and dismiss the appeals. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).